# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW S. WETZEL,<br><br>Defendant. | 21-PO-05173-JTJ<br><br>VIOLATIONS:<br>E1102305<br>E1102306<br>E1102307<br>E1102308<br>Location Code: M13<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Based upon the motion of the parties to set a change of plea hearing, and for good cause appearing, IT IS HEREBY ORDERED that a change of plea hearing is scheduled in this matter for December 9, 2021 at 9:00am. It is further ordered that the bench trial scheduled for December 9, 2021 is vacated.

DATED this 7th day of December 2021.

John Johnston
United States Magistrate Judge